UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:14-cr-9-LRH-GWF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | WAIVER AND CONSENT ORDER |
| LUIS EURIQUE MERAZ-SALCIDO, | ) | |
| Defendant. | ) | |

Defendant, <u>Luis Eurique Meraz-Salcido</u>, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED this 19th day of June, 2014.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 19 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY